| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/18/2020 |
|---|---|

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION,<br><br>                 Plaintiff,<br><br>-against-<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, OFFICE OF REFUGEE RESETTLEMENT, and U.S. DEPARTMENT OF HEATLH AND HUMAN SERVICES,<br><br>                 Defendants. | 1:20-cv-00183-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

      In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

      It is hereby ORDERED that the Initial Pretrial Conference scheduled to take place on Thursday, March 26, 2020 is adjourned *sine die*. It is further ORDERED that the parties shall file a proposed Case Management Plan in compliance with the Court's Individual Rules of Practice in Civil Cases no later than April 7, 2020. Both a model Case Management Plan and the Court's Individual Rules are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

**Date: March 18, 2020**
**New York, NY**

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**